■ In the Matter of BRUCE A. SEIDMAN, an Attorney. [44 NYS3d 779]—

Per Curiam. Bruce A. Seidman was admitted to practice by this Court in 1984 and lists a business address in Roseland, New Jersey with the Office of Court Administration. Seidman now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Seidman's application.

Upon reading the affidavit of Seidman sworn to September

7, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Seidman is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

McCarthy, J.P., Garry, Egan Jr., Lynch and Mulvey, JJ., concur. Ordered that Bruce A. Seidman's application to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Bruce A. Seidman's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Bruce A. Seidman shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.